**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RANDELL W. REED, Jr.,
ADC #141033**                                                                                                       **PLAINTIFF**

V.                     **CASE NO. 5:16-CV-25-JM-BD**

**RICKY OWENS
AND JEREMY LAMAR RIDGLE**                                            **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motions for summary judgment (docket entries #15, #30) are DENIED.

IT IS SO ORDERED, this 13th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE