IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RANDELL W. REED, ADC #141033**                                             **PLAINTIFF**

**VS.**                              **NO. 5:16-CV-00025-JM-BD**

**RICKY OWENS and JEREMY RIDGLE**                              **DEFENDANTS**

### JOINT MOTION TO EXTEND ALL DEADLINES

COMES NOW the Parties, by and through their respective counsel and for their Joint Motion to Extend All Deadlines states:

1. The discovery deadline in this case is currently June 1, 2017. The dispositive motion deadline is currently June 26, 2017. A trial date for this matter has not yet been set. Doc. 61.

2. Counsel for the Parties have made good faith efforts to attempt to complete meaningful discovery in this case, but we have been unable to coordinate dates for depositions that would allow each party to better evaluate this case and come to a determination regarding the filing of dispositive motions.

3. The Parties have now located dates beyond June 1, 2017, that will allow for depositions and the full participation of all relevant parties.

4. As such, the Parties now seek a 60-day extension of all deadlines in this case in order to provide time for all parties to complete discovery and file dispositive motions.

5. The Parties do not file this Motion for the purposes of harassment or delay.

6.  Counsel for the Defendants have been consulted and joins this Motion.

WHEREFORE, Plaintiff prays that this Court grants this Joint Motion to Extend All Deadlines for 60 days.

> Respectfully submitted,
>
> WALLACE, MARTIN, DUKE & RUSSELL, PLLC
> Attorneys at Law
> 1st Floor, Centre Place
> 212 Center Street
> Little Rock, Arkansas 72201
> Attorney for Defendants
>
> By:   */s/ James Monroe Scurlock*
> James Monroe Scurlock, AR Bar No. 2012028
> jms@WallaceLawFirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on this, the 18th day of May 2017, via CM/ECF with the Clerk of the Court and upon counsel for the Defendants.

Maryna O. Jackson
ARKANSAS ATTORNEY GENERAL'S OFFICE
Catlett-Prien Building
323 Center Street
Suite 200
Little Rock, Arkansas 72201-2610
E-mail:  maryna.jackson@arkansasag.gov
(501) 683-3296
(501) 682-2591 FAX
Attorney for Defendants

> */s/ James Monroe Scurlock*
> James Monroe Scurlock, AR Bar No. 2012028
> jms@WallaceLawFirm.com