# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RANDELL W. REED, JR.,**
**ADC #141033**                                                         **PLAINTIFF**

**V.**            **CASE NO. 5:16-CV-25-JM-BD**

**RICKY OWENS**
**and JEREMY LAMAR RIDGLE**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 8th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE